**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 12, 2015

Hon. Larry Warner
Attorney at Law
3109 Banyan Circle
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. Victoria Guerra
Law Office of Victoria Guerra
3219 N. McColl Blvd.
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00511-CV
Tr.Ct.No. 2014-DCL-06699-H
Style:    Claudia Maribel Martinez Sepulveda v. Gilbert Martinez


Appellant's motion for extension to file findings of fact and conclusions of law in the above cause was this day DENIED by this Court.


Very truly yours,

Dorian E. Ramirez, Clerk


DER:ch